UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVELYN KELLY, | § § | |
| Plaintiff, | § § | Civil Action No.: 3:14-CV-1590-B |
| v. | § § | |
| ST. LUKE "COMMUNITY" UNITED METHODIST CHURCH, REV. HENRY MASTERS, in his official and individual capacity, AND BERNICE WASHINGTON, in her official and individual capacity. | § § § § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

**DEFENDANTS ST. LUKE "COMMUNITY" UNITED METHODIST CHURCH'S, REV. HENRY MASTERS' AND BERNICE WASHINGTON'S
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendants St. Luke "Community" United Methodist Church, Rev. Henry Masters and Bernice Washington and file this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 563, stating as follows:

**REQUIREMENTS OF LOCAL RULE 56.3(a)**

Each of the matters required by Local Rule 56.3(a) will be set forth in Defendant's Brief in Support of its Motion for Summary Judgment.

Respectfully Submitted,

**WHITE & WIGGINS LLP**


/s/ Camille Stearns Miller
**Camille Stearns Miller**
Texas State Bar No. 24030235
**Kevin B. Wiggins**
Texas State Bar No. 21441600
**SOL VILLASANA**
Texas State Bar No. 20585200
White & Wiggins LLP
1700 Pacific Avenue, Suite 3740
Dallas, Texas 75201
Telephone:  (214) 665-4158
Facsimile:  (214) 665-4160
Email:  cstearnsmiiller@whitewiggins.com

ATTORNEY FOR DEFENDANT ST. LUKE "COMMUNITY" UNITED METHODIST CHURCH

## CERTIFICATE OF SERVICE

I certify that on May 18, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Mellannise Henderson-Love
THE LAW OFFICE OF MELLANISE
    HENDERSON-LOVE, PLLC
3102 Maple Ave, Suite 400
Dallas, Texas 75201
Fax: 214.219.5331

ATTORNEY FOR PLAINTIFF

/s/ Camille Stearns Miller
**CAMILLE STEARNS MILLER**